## STATE v. PUCKETT

No. 102 PC.

No. 40 (Spring Term).

Case below: 43 N.C. App. 153.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 4 December 1979. Notice of appeal of defendant dismissed.

## STATE v. ROGERS

No. 98 PC.

No. 39 (Spring Term).

Case below: 43 N.C. App. 177.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 4 December 1979 for limited purpose of reviewing lack of disposition by the Court of Appeals of defendant's exceptions re corroborative testimony and trial court's instruction on voluntary manslaughter. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 December 1979.

## STATE v. SMITH

No. 51 PC.

Case below: 42 N.C. App. 731.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 December 1979.

## TAYLOR v. AIR CONDITIONING CORP.

No. 81 PC.

Case below: 43 N.C. App. 194.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 December 1979.